UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5343**

Case Title: **Commonwealth of Kentucky** vs. **EPA**

List all clients you represent in this appeal:

**Commonwealth of Kentucky**

☑ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor              (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Matthew F. Kuhn**   Signature: s/ **Matthew F. Kuhn**

Firm Name: **Office of Kentucky Attorney General**

Business Address: **700 Capital Avenue, Suite 118**

City/State/Zip: **Frankfort, Kentucky 40601**

Telephone Number (Area Code): **(502) 696-5300**

Email Address: **Matt.Kuhn@ky.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17