No. 23-5343

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

COMMONWEALTH OF KENTUCKY,
Plaintiff-Appellant,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,
Defendants-Appellees.

On Appeal from the United States District Court
for the Eastern District of Kentucky
Case No. 3:23-cv-00007

## MOTION FOR LEAVE TO FILE OVERSIZED AMICUS BRIEF OF THE NATIONAL FEDERATION OF INDEPENDENT BUSINESS SMALL BUSINESS LEGAL CENTER, INC.

The National Federation of Independent Business Small Business Legal Center, Inc. (NFIB Legal Center) respectfully moves for leave to file the attached oversized amicus brief in support of Appellant's emergency motion for preliminary injunction pending appeal. The proposed amicus brief is 3,626 words. Appellant does not oppose the filing of the oversized brief. Appellees "consent to [the NFIB Legal Center] filing an amicus brief, so long as it complies with the timeliness and length requirements of Federal Rule of Appellate Procedure 29 and any other applicable rules."

## INTEREST OF AMICUS CURIAE

The NFIB Legal Center is a nonprofit public interest law firm established to provide legal resources to small businesses, and to be the voice for small businesses in the nation's courts.[1] It is an affiliate of the National Federation of Independent Business, Inc. (NFIB), which is the nation's leading small business association. NFIB's mission is to promote and protect the right of its members to own, operate, and grow their businesses. NFIB represents the interests of its members in Washington, D.C., and all 50 states.

NFIB Legal Center takes interest in this case due to the far-reaching negative impacts of EPA's new final rule redefining "waters of the United States." NFIB represents small businesses in all sectors of the economy, including agricultural industries, home builders, developers, golf course owners, and others that are directly impacted by this rule.

## ARGUMENT

Although the Rules do not expressly allow or forbid amicus briefs in support of emergency motions for preliminary injunctions, this Court routinely accept amicus briefs filed in these circumstances. *E.g.*, *Brokerarte Cap. Partners, LLC v. Detroit Inst. of Arts*, No. 23-1062, 2023 WL 2923038, at *1 (6th Cir. Apr. 10, 2023); *Ohio v. Becerra*, No.

---

[1] No party's counsel authored this brief in whole or in part. No entity or person, aside from Amicus, its members, or its counsel, made any monetary contribution intended to fund the preparation or submission of this brief.

21-4235, 2022 WL 413680, at *5 (6th Cir. Feb. 8, 2022); *Kentucky v. Beshear*, 981 F.3d 505, 511 (6th Cir. 2020); *Miller v. Davis*, No. 15-5880, 2015 WL 10692640, at *1 (6th Cir. Aug. 26, 2015).

The same precedent that supports the acceptance of amicus briefs in this posture demonstrates that this motion is timely. Rule 29(a)'s seven-day deadline governs only "amicus filings during a court's initial consideration of a case on the merits," not emergency motions. Fed. R. App. P. 29(a)(1). But if the seven-day deadline applied, Amicus meets it: Appellant filed its emergency motion just seven days ago, and this Court has accepted amicus briefs filed at similar or later times. *See, e.g.*, *Brokerarte Cap. Partners*, Doc. 40, No. 23-1062 (accepting amicus brief filed after emergency motion briefing was complete); *Becerra*, Doc. 45, No. 21-4235 (accepting multiple amicus briefs filed more than two weeks after the emergency motion was filed). Moreover, to permit the parties a chance to respond, Amicus has adhered to the Court's expedited briefing schedule. *See Beshear*, Doc. 36, No. 20-6341 (accepting amicus briefs filed within the expedited response time); *Miller*, Doc. 28, No. 15-5880 (accepting amicus briefs filed before the response brief).

Likewise, these cases support granting the modest length extension request. The word limit for amicus briefs in support of a motion is 2,600 words. *See* Local Rules 27(d)(2)(A), 32(a)(7)(B). The attached brief is 3,626 words. This Court has granted similar requests for oversized briefs in this posture. *See, e.g.*, *Ohio v. Becerra*, Doc. 45, No. 21-4235 (order accepting three oversized amicus briefs of 4,923 words, 3,371 words,

3

and 3,231 words). When exercising its inherent authority over amicus participation, this Court should "err on the side of granting leave." *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002). As then-Judge Alito explained, "If an amicus brief that turns out to be unhelpful is filed, the [court], after studying the case, will often be able to make that determination without much trouble and can then simply disregard the amicus brief. On the other hand, if a good brief is rejected, the [court] will be deprived of a resource that might have been of assistance." *Id.*

Amicus has assisted numerous courts across the country in important cases. And its brief will be particularly helpful to this Court in deciding this first-impression issue. No appellate court has weighed in on the legal challenges to the EPA's new rule redefining "waters of the United States." Two district courts have granted preliminary injunctions, but the government has not yet appealed those orders. *See Texas v. EPA*, No. 3:23-cv-17, 2023 WL 2574591 (S.D. Tex. Mar. 19, 2023); *West Virginia v. EPA*, No. 3:23-cv-32, 2023 WL 2914389 (D.N.D. Apr. 12, 2023). This Court's order on the emergency motion will likely be the first words from a circuit court on the issue. Given the national importance of these fast-moving challenges, the Court will benefit from the NFIB Legal Center's brief.

## CONCLUSION

The Court should grant this motion and allow Amicus to file the attached oversized amicus brief.

Respectfully submitted,

*/s/ Thomas R. McCarthy*

| | |
|---|---|
| Elizabeth Milito | Thomas R. McCarthy |
| Rob Smith | Tiffany H. Bates |
| NFIB SMALL BUSINESS | Conor D. Woodfin |
| LEGAL CENTER | CONSOVOY MCCARTHY PLLC |
| 555 12th Street, NW | 1600 Wilson Blvd., Ste. 700 |
| Ste. 1001 | Arlington, VA 22201 |
| Washington, DC 20004 | (703) 243-9423 |
| (202) 406-4443 | tom@consovoymccarthy.com |
| elizabeth.milito@nfib.org | tiffany@consovoymccarthy.com |
| rob.smith@nfib.org | conor@consovoymccarthy.com |

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I filed this brief via ECF, which will email everyone requiring notice.

*/s/ Thomas R. McCarthy*
Counsel for Amicus
Dated: April 26, 2023