UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **23-5343**   Case Manager: **C. Anthony Milton**

Case Name: **Commonwealth of Kentucky v. EPA, et al.**

Is this case a cross appeal? ☐ Yes ☒ No
Has this case or a related one been before this court previously? ☐ Yes ☒ No
If yes, state:
 Case Name: _____   Citation: _____
 Was that case mediated through the court's program? ☐ Yes ☒ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> The Commonwealth of Kentucky brings this appeal against the U.S. Environmental Protection Agency; the U.S. Army Corps of Engineers; Michael S. Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency; Lieutenant General Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; and Michael L. Connor, in his official capacity as Assistant Secretary of the Army (Civil Works).
>
> Kentucky proposes to raise the following issues:
>
> (1) Whether the district court erred in holding that Kentucky lacks standing to challenge the Revised Definition of "Waters of the United States," 88 Fed. Reg. 3004 (Jan. 18, 2023) ("Final Rule"), and that, in any event, such a challenge is not ripe.
>
> (2) Whether the district court properly denied a preliminary injunction and properly dismissed this case.
>
> (3) Whether Kentucky is likely to succeed on the merits of its claims, including that the Final Rule is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;" is "contrary to constitutional right, power, privilege, or immunity;" is "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;" and was promulgated "without observance of procedure[s] required by law." 5 U.S.C. § 706(2)(A)-(D).
>
> (4) Whether the Final Rule violates the Regulatory Flexibility Act.
>
> (5) Whether the remaining preliminary-injunction factors support issuance of a preliminary injunction.

This is to certify that a copy of this statement was served on opposing counsel of record this **1** day of **May**, **2023**.

**Harrison Gray Kilgore**
Name of Counsel for Appellant