Case No. 23-5343

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

COMMONWEALTH OF KENTUCKY

    Plaintiff - Appellant

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES ARMY CORPS OF ENGINEERS; MICHAEL S. REGAN, Official Capacity as Administrator of the United States Environmental Agency; LIEUTENANT GENERAL SCOTT A. SPELLMAN, Official Capacity as Chief of Engineers and Commanding General, U.S. Army Corp of Engineers; MICHAEL L. CONNER, Official Capacity as Assistant Secretary of the Army (Civil Workers)

    Defendants - Appellees

Upon consideration of the appellees' motion to hold this case in abeyance,

It is **ORDERED** that the motion is **GRANTED**. The appellees' shall file a status report every **60 days** with the first being due **September 01, 2023**.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT
Deborah S. Hunt, Clerk

Issued: July 03, 2023